```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA,            :     10 Cr. 096 (DLC)
                                     :
            -v-                      :          ORDER
                                     :
SERGEY ALEYNIKOV,                    :
                   Defendant.        :
                                     :
------------------------------------ X
```
                                                              2/13/10

DENISE COTE, District Judge:

On December 13, 2010, the Government moved to seal certain exhibits and portions of the trial transcript. It submitted copies of its proposed redactions with its motion.

Trial exhibits are not generally filed. To the extent any party seeks to file trial exhibits, it is hereby

ORDERED that the exhibits listed below be filed in unredacted form under seal and be filed in the public record in the redacted form proposed by the Government. This applies to 14 Government Exhibits: 108-A, 108-B, 108-D, 108-E, 108-F, 108-G, 108-H, 108-I, 108-J, 108-K, 200-A, 200-B, 200-C, and 200-D (collectively hereinafter "Redacted Trial Exhibits").

ORDERED that the following 32 Government Exhibits and 3 Defense Exhibits be filed under seal: Government Exhibits 105-A, 105-B, 105-C, 105-E, 105-F, 105-G, 105-H, 106-A, 106-B, 106-D, 111-A, 111-B, 112-A, 112-B, 234, 235, 236, 320, 321, 322, 322-A, 323, 330-12, 330-14, 330-17, 335, 510, 514, 533, 534-A, 534-B,

and 534-C, and Defense Exhibits 407, 408, and 410 (collectively hereinafter "Sealed Trial Exhibits").

IT IS FURTHER ORDERED that neither the Government nor the defendant will provide copies of the Redacted Trial Exhibits to anyone not already covered by the protective order other than in the redacted form approved by this Order.  Neither the Government nor the defendant will provide copies of the Sealed Trial Exhibits to anyone not already covered by the protective order.

IT IS FURTHER ORDERED that three passages from the trial transcript shall be sealed.  They are at page 498, line 7; page 499, lines 6-8; and page 502, lines 8-10 and the first word on line 11.

Dated:    New York, New York
          December 13, 2010

                                    _____
                                              DENISE COTE
                                    United States District Judge