# EXHIBIT B





Video
1. Atlantis - The Lost Empire (2001) 1h35m
2. Hercules (1997) 1h33m
3. Ice Age (2002) 1h20m
4. Shrek1 (2001) 1h33min
5. Shrek2 (2004) 1h45min
DivX
Children's



