UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA,             :    10 Cr. 096 (DLC)
                                      :
            -v-                       :         ORDER
                                      :
SERGEY ALEYNIKOV,                     :
                      Defendant.      :
                                      :
------------------------------------- X          3/14/2011

DENISE COTE, District Judge:

The Court having filed an Opinion and Order of March 14, 2011 under seal and provided copies to the parties via email, it is hereby

ORDERED that the parties shall submit any proposed redactions to the March 14 Opinion by March 16 at 12 p.m.

SO ORDERED:

Dated:   New York, New York
         March 14, 2011

                                    _____
                                         DENISE COTE
                                    United States District Judge