UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| -v.- | : |
| | 10 Cr. 96 (DLC) |
| SERGEY ALEYNIKOV, | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**The Government's Response to the Court's March 14, 2011 Order**

The Government respectfully submits this response to the Court's March 14, 2011 Order in which the Court requested that the parties submit any proposed redactions to the Court's Opinion and Order of March 14, 2011, which was filed under seal and e-mailed to the parties.

The Government advises that it has no proposed redactions to that Opinion and Order.

Dated:   March 15, 2011
         New York, New York

                                    Respectfully submitted,

                                    PREET BHARARA
                                    United States Attorney


                                        /s/ Rebecca A. Rohr
                                    Joseph P. Facciponti
                                    Rebecca A. Rohr
                                    Assistant United States Attorneys
                                    Tel: (212) 637-2522/2531
                                    Fax: (212) 637-2620

**Certificate of Service Electronically**

The undersigned attorney, duly admitted to practice before this Court, hereby certifies that on the below date, she served or caused to be served the following document in the manner indicated:

**The Government's Response to the Court's March 14, 2011 Order**

Via ECF upon the following attorney:

    Kevin H. Marino, Esq.

Dated:    March 15, 2011
               New York, New York

                        /s/ Rebecca A. Rohr
                        Rebecca A. Rohr
                        Assistant United States Attorney
                        Tel: (212) 637-2522/2531
                        Fax: (212) 637-2620