UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA,                    :    10 CR. 0096 (DLC)
:
:
v.                                           :
:
:
SERGEY ALEYNIKOV,                            :
:
Defendant.                    :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Defendant Sergey Aleynikov's Response To The Court's March 14, 2011 Order**

Defendant Sergey Aleynikov respectfully submits this response to the Court's March 14, 2011 Order, in which the Court requested that the parties submit any proposed redactions to the Court's Opinion and Order of March 14, 2011, which the Court filed under seal and e-mailed to the parties.

Sergey Aleynikov advises that he has no proposed redactions to the Court's Opinion and Order.

Dated: March 15, 2011
       Chatham, New Jersey

                                    Respectfully submitted,

                                    MARINO, TORTORELLA & BOYLE, P.C

                           By:   /s Kevin H. Marino
                                    Kevin H. Marino
                                    John D. Tortorella
                                    John A. Boyle
                                    437 Southern Boulevard
                                    Chatham, New Jersey 07928-1488
                                    Tel.: (973) 824-9300
                                    Fax: (973) 824-8425