```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
UNITED STATES OF AMERICA,                 :     10 Cr. 096 (DLC)
                                          :
              -v-                         :         ORDER
                                          :
SERGEY ALEYNIKOV,                         :
                        Defendant.        :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

The parties having informed the Court that they have no proposed redactions to the March 14 Opinion filed under seal, it is hereby

ORDERED that the March 14 Opinion shall be unsealed and filed in the public record.

SO ORDERED:

Dated:    New York, New York
          March 16, 2011

                                    _____
                                          DENISE COTE
                                    United States District Judge