UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA         :     10 CR. 0096 (DLC)
:     ECF Case
:
v.                               :     NOTICE OF MOTION
:     FOR RELEASE PENDING APPEAL,
:     SELF-SURRENDER AND A STAY OF
:     SENTENCE OF IMPRISONMENT
SERGEY ALEYNIKOV,                :
:
Defendant.              :     **Oral Argument Requested**
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO:   JOSEPH PAUL FACCIPONTI, AUSA
      REBECCA ANNE ROHR, AUSA
      United States Attorney's Office, SDNY
      One Saint Andrew's Plaza
      New York, New York 10007
      Tel.: (212) 637-2522
      Fax: (212) 637-2527
      Email: joseph.facciponti@usdoj.gov
      Email: rebecca.rohr@usdoj.gov

   PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Kevin H. Marino submitted in support of this motion, defendant Sergey Aleynikov ("Aleynikov") will move before the Honorable Denise L. Cote, United States District Judge, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, at such date and time as determined by the Court, for entry of an Order granting Aleynikov bail pending appeal from his judgment of conviction pursuant to 18 U.S.C. § 1343(b), permitting him to self surrender to a designated correctional institution in the event of a custodial sentence, and staying his sentence of imprisonment pursuant to Rule 38(b)(1) of the Federal Rules of Criminal Procedure. Aleynikov respectfully requests oral argument on this Motion.

Dated:  March 18, 2011
Chatham, New Jersey

Respectfully submitted,

MARINO, TORTORELLA & BOYLE, P.C.


By: _____

Kevin H. Marino (KM 4941)
437 Southern Boulevard
Chatham, New Jersey 07928-1488
(973) 824-9300
*Attorneys for Defendant*
*Sergey Aleynikov*