```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :    10 Cr. 096 (DLC)
                                        :
          -v-                           :         ORDER
                                        :
SERGEY ALEYNIKOV,                       :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The Second Circuit Court of Appeals having reversed the judgment of conviction on both counts and the mandate having issued on February 16, 2012, it is hereby

ORDERED that the Bureau of Prisons shall release the defendant from custody forthwith.

Dated:   New York, New York
         February 17, 2012

                                      _____
                                              DENISE COTE
                                      United States District Judge