**MANDATE**

11-1126
United States v. Aleynikov

N.Y.S.D. Case #
10-cr-0096(DLC)

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 16th day of February, two thousand twelve.

PRESENT: DENNIS JACOBS,
         <u>Chief Judge</u>,
    GUIDO CALABRESI,
    ROSEMARY S. POOLER,
         <u>Circuit Judges</u>.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 17, 2012

- - - - - - - - - - - - - - - - - - - -X
**UNITED STATES OF AMERICA**,
    <u>Appellee</u>,

    -v.-                                                                11-1126

**SERGEY ALEYNIKOV**,
    <u>Defendant-Appellant</u>.
- - - - - - - - - - - - - - - - - - - -X

    Upon due consideration, it is hereby **ORDERED, ADJUDGED AND DECREED** that the judgment of conviction is **REVERSED** on both counts and the matter is remanded to the district court for entry of a judgment of acquittal. An opinion shall follow in due course. The mandate shall issue forthwith.

                                      FOR THE COURT:
                                      CATHERINE O'HAGAN WOLFE, CLERK

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 02/17/2012