```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :      10 Cr. 096 (DLC)
                                        :
            -v-                         :      ORDER
                                        :
SERGEY ALEYNIKOV,                       :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The Court of Appeals having granted this Court discretion to set the terms and conditions of bail for the defendant pending issuance of the mandate, it is hereby

ORDERED that the defendant shall be released on his own recognizance.

Dated:   New York, New York
         February 17, 2012

                                      _____
                                              DENISE COTE
                                      United States District Judge