**MANDATE**

11-1126
United States v. Aleynikov

N.Y.S.D. Case #
10-cr-0096(DLC)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

    At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 17th day of February, two thousand twelve.

PRESENT: DENNIS JACOBS,
                **Chief Judge**,
        GUIDO CALABRESI,
        ROSEMARY S. POOLER,
                **Circuit Judges**.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 04, 2012

- - - - - - - - - - - - - - - - - - - - - - -X

**UNITED STATES OF AMERICA**,
    **Appellee**,

    -v.-                                                                       11-1126

**SERGEY ALEYNIKOV**,
    **Defendant-Appellant**.
- - - - - - - - - - - - - - - - - - - - - - -X

    This Court's order issued earlier this date is hereby amended to the extent of granting to the district court judge, upon remand, discretion to set the terms and conditions of bail for the defendant pending issuance of the mandate.

                                      FOR THE COURT:
                                      CATHERINE O'HAGAN WOLFE, CLERK

*[Signature: Catherine O'Hagan Wolfe]*
*[Seal: United States Court of Appeals, Second Circuit]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[Signature: Catherine O'Hagan Wolfe]*

**MANDATE ISSUED ON 06/04/2012**