**MANDATE**

11-1126
United States v. Aleynikov

CASE #: 1:10-cr-00096-DLC-1

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 17th day of February, two thousand twelve.

PRESENT: DENNIS JACOBS,
                        _Chief Judge_,
        GUIDO CALABRESI,
        ROSEMARY S. POOLER,
                        _Circuit Judges_.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 04, 2012

- - - - - - - - - - - - - - - - - - - -X

**UNITED STATES OF AMERICA**,
       _Appellee_,

       -v.-                                                                                 11-1126

**SERGEY ALEYNIKOV**,
       _Defendant-Appellant_.

- - - - - - - - - - - - - - - - - - - -X

     The mandate is recalled, the order of February 16, 2012 is rescinded, and the following order is entered.

     Upon due consideration, it is hereby **ORDERED, ADJUDGED AND DECREED** that the judgment of conviction is **REVERSED** on both counts and the matter is remanded to the district court for the limited purpose of releasing the defendant upon the terms of bail that were previously set.  An opinion shall follow in due course.

                                           FOR THE COURT:
                                           CATHERINE O'HAGAN WOLFE, CLERK

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/04/2012