✎ AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

UNITED STATES OF AMERICA

V.

SERGEY ALEYNIKOV

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 10 Cr. 96 (DLC)

By Order dated February 17, 2012, and Opinion dated April 11, 2012, the conviction on Counts One and Two of the Indictment were reversed by the U.S. Court of Appeals for the Second Circuit.  Therefore,

~~The Defendant was found not guilty~~ IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

USDC SDN
DOCUMEN
ELECTRONIC
DOC #
DATE FILED: 6/5/2012

_Denise Cote_

Signature of Judge

Hon. Denise Cote               U.S. District Judge

Name of Judge                  Title of Judge

_June 5, 2012_

Date