**WINSTON LEE**
**ATTORNEY AT LAW**
**20 VESEY STREET ~ SUITE 400**
**NEW YORK, NEW YORK 10007**

Tel. (212)267-1911
Fax. (212)964-2926
winstonleelaw@aol.com



October 23, 2012

By Fax Only (212) 805-7925

The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

So ordered
Sweet USDJ
10.24.12

        United States v. Oscar Gomez
        11 Cr. 96 (RWS)

Dear Judge Sweet:

    I write as counsel for Mr. Oscar Gomez, and with the consent of the Government, to request an adjournment of Mr. Gomez's sentencing, which is currently scheduled for October 30, 2012.

    Defendant resides in Hialeah, Florida, and is currently at liberty pursuant to a bail package that includes an ankle bracelet. My understanding is that Mr. Gomez has been in full compliance of all his bail conditions.

    First, I am requesting an adjournment to allow me time to obtain additional documents and character letters which will be important to Your Honor's determination of the appropriate sentence, and also to provide me with sufficient time to prepare a sentencing memorandum on behalf of Mr. Gomez.

    Second, I am requesting a longer than usual adjournment which will take into account my having been on trial since October 1, 2012, in the matter of United States v. Joshua Meregildo, et al., 11 Cr. 576 (WHP). I represent the lead defendant in that case, in which the four trial defendants are alleged, in a twenty two count RICO indictment, with being members of a violent criminal enterprise, who engaged in a pattern of racketeering activities which included the commission of multiple murders in aid of racketeering, multiple attempted murders, multiple firearms offenses, and conspiracy to distribute controlled substances. The trial is still ongoing and Government's case is not expected to be completed until the week of November 5, 2012. The four trial defendants anticipate presenting a defense case.

    Third, the requested adjournment will accommodate my vacation plans in mid December of 2012.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/12

Honorable Robert W. Sweet
October 23, 2012
Page (2) Two

United States v. Oscar Gomez
11 Cr. 96 (RWS)

    Accordingly, for all the foregoing reasons, I respectfully requests that Mr. Gomez's sentence be adjourned to January 31, 2013 at 4:30 P.M., which Your Honor's Courtroom Deputy, Mr. Tsz Chan, advises me is a date that is convenient for the Court

    If the Court grants this application, I respectfully request that it indicate so by its endorsement upon this letter and fax or e-mail me a copy to my office.

Respectfully submitted,

WINSTON LEE

cc:    A.U.S.A. Joseph P. Facciponti
       (By e-mail only)